AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Linda Moore | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   2:20-cv-04251-RMG |
| South Carolina Ports Authority | ) | |
| *Defendant* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that

X   other: having granted SCPA's motion to dismiss, this action is dismissed.

This action was

X decided by the Honorable Richard M Gergel, United States District Judge, on a ruling on a motion to dismiss.

Date:   February 11, 2021                              *CLERK OF COURT*    Robin L Blume

                                                                            s/S. Shealy
                                                                *Signature of Clerk or Deputy Clerk*